IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Jimmy D | Case Number: 07 B 18022 |
|---|---|---|
| | Jones-Williams, Lisa | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 10/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 21, 2008
Confirmed: January 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 738.40 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 698.52 |
| Trustee Fee: | | 39.88 |
| Other Funds: | | 0.00 |
| Totals: | 738.40 | 738.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,834.00 | 698.52 |
| 2. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 5. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 6. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 7. | CitiMortgage Inc | Secured | 4,765.82 | 0.00 |
| 8. | Saxon Mortgage Services Inc | Secured | 1,696.84 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,002.02 | 0.00 |
| 10. | Merrick Bank | Unsecured | 3,360.97 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 470.43 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 361.00 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 408.57 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 405.56 | 0.00 |
| 15. | Capital One | Unsecured | 676.83 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,920.12 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 3,975.63 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 4,026.22 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 1,120.76 | 0.00 |
| 20. | Capital One | Unsecured | 3,517.72 | 0.00 |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Cpu/Citi Bank | Unsecured | | No Claim Filed |
| 23. | HSBC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 30,542.49 | $ 698.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Jimmy D<br>Jones-Williams, Lisa<br>Printed:  9/3/08 | Case Number:  07 B 18022<br>Judge:  Hollis, Pamela S<br>Filed:  10/2/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 39.88 |
| | _____ |
| | $ 39.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

